So Ordered.

Signed this 1 day of July, 2022.



_____

Diane Davis

United States Bankruptcy Judge

| UNITED STATES BANKRUPTCY COURT | |
|---|---|
| NORTHERN DISTRICT OF NEW YORK | CHAPTER 12 PROCEEDING |
| _____ | |
| IN RE:   **TIMOTHY R. DEMEREE,** | **ORDER OF DISMISSAL** |
| Debtor. | Case No.   **19-61566** |
| _____ | |

A Conditional Order of Dismissal dated February 16, 2022, ordered that the case shall be dismissed unless the debtor makes payments to the Chapter 12 Trustee in the amount of $87,992.00 or, in the alternative, files and serves a motion to modify and makes one payment under the modified plan on or before 30 days from the date of the Order, and the debtor having failed to comply with said order, it is accordingly

**ORDERED, ADJUDGED, AND DECREED**, that the case be and hereby is dismissed pursuant to 11 U.S.C. §1208(c), and it is further

**ORDERED,** that the Trustee is hereby directed to file a report of any receipts and disbursements, and it is further

**ORDERED,** that the provisions 11 U.S.C. §362(a) and §1201 staying certain acts and proceedings against the Debtor and the property are no longer in effect and that the creditors may now look directly to the Debtor for satisfaction of any balances owing on their claims.

# # #