# UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK
UTICA DIVISION

In re:  TIMOTHY R DEMEREE                                    Case No.:  19-61566

Debtor(s)

## CHAPTER 12 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Mark W. Swimelar, chapter 12 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. Section 1202(b)(1).  The trustee declares as follows:

1) The case was filed on  11/06/2019.
2) The plan was confirmed on  01/21/2021.
3) The plan was modified by order after confirmation pursuant to 11 U.S.C Section 1229 on  NA.
4) The trustee filed action to remedy default by the debtor in performance under the plan on  11/16/2021.
5) The case was dismissed on  07/01/2022.
6) Number of months from filing or conversion to last payment:  30.
7) Number of months case was pending:  32.
8) Total value of assets abandoned by court order:  NA.
9) Total value of assets exempted:  NA.
10) Amount of unsecured claims discharged without full payment:  .00.
11) All checks distributed by the trustee relating to this case have cleared the bank.

**Receipts:**
|  |  |
|---|---:|
| Total paid by or on behalf of the debtor: | $272,252.36 |
| Less amount refunded to debtor: | $.00 |
| **NET RECEIPTS:** | **$272,252.36** |

**Expenses of Administration:**
|  |  |
|---|---:|
| Attorney's Fees Paid Through The Plan: | $6,420.00 |
| Court Costs: | $.00 |
| Trustee Expenses and Compensation: | $25,322.63 |
| Other: | $.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$31,742.63** |

Attorney fees paid and disclosed by debtor:        $2,200.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|---:|
| AGDIRECT | Secured | 199,000.00 | 189,264.85 | 118,141.62 | 26,978.11 | .00 |
| AGDIRECT | Unsecured | NA | 44,264.85 | 44,264.85 | .00 | .00 |
| AGRI-MAX FINANCIAL SERVICES LP | Secured | 290,000.00 | 348,848.68 | 272,521.20 | 55,221.64 | .00 |
| BANK OF AMERICA | Unsecured | 2,251.00 | NA | NA | .00 | .00 |
| CAPITAL ONE | Unsecured | NA | NA | NA | .00 | .00 |
| CITICARDS | Unsecured | NA | NA | NA | .00 | .00 |
| CNH CAPITAL AMERICA LLC | Unsecured | 10.00 | NA | NA | .00 | .00 |
| COMMISSIONER OF TAX AND FINANCE | Priority | 1.00 | NA | NA | .00 | .00 |
| DIVERSIFIED FINANCIAL SERVICES LLC | Secured | 12,382.00 | 34,694.62 | 13,200.00 | 2,628.38 | .00 |
| DIVERSIFIED FINANCIAL SERVICES LLC | Secured | NA | 27,044.40 | 27,044.40 | 5,385.07 | .00 |
| EXPANSION CAPITAL GROUP | Unsecured | NA | 18,200.00 | 18,200.00 | .00 | .00 |
| FALCON LEASING | Secured | 47,300.00 | 43,268.04 | 15,769.80 | 3,140.08 | .00 |

# UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK
UTICA DIVISION

In re:  TIMOTHY R DEMEREE                                                                          Case No.:  19-61566

   Debtor(s)

## CHAPTER 12 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| FALCON LEASING | Secured | 39,500.00 | 35,926.50 | 19,712.40 | 3,925.13 | .00 |
| FALCON LEASING | Unsecured | NA | 10,926.50 | 10,926.50 | .00 | .00 |
| FALCON LEASING | Unsecured | NA | 23,268.04 | 23,268.04 | .00 | .00 |
| FARM CREDIT/AGDIRECT | Unsecured | 185,684.00 | NA | NA | .00 | .00 |
| FIRST FINANCIAL BANK | Secured | 1,127,952.00 | 1,337,636.90 | 579,977.40 | 117,522.25 | .00 |
| FIRST FINANCIAL BANK | Secured | 599,457.00 | 607,011.18 | 1,220,022.60 | .00 | .00 |
| FIRST FINANCIAL BANK | Unsecured | NA | 144,648.00 | 144,648.00 | .00 | .00 |
| GREEN MOUNTAIN FEEDS | Unsecured | 117,000.00 | 122,360.80 | 122,360.80 | .00 | .00 |
| HERKIMER CO TREASURER'S OFFICE | Secured | 30,000.00 | NA | NA | .00 | .00 |
| INTERNAL REVENUE SERVICE | Priority | 1.00 | NA | NA | .00 | .00 |
| JEFFREY A. PETERSON ESQ | Secured | NA | NA | NA | .00 | .00 |
| JOHN DEERE FINANCIAL | Secured | NA | 4,521.74 | 2,826.00 | 572.64 | .00 |
| JOHN DEERE FINANCIAL | Secured | NA | 8,123.05 | 6,089.40 | 1,233.91 | .00 |
| JOHN DEERE FINANCIAL | Secured | NA | 5,276.01 | 3,844.20 | 778.96 | .00 |
| JPMCB CARD | Unsecured | 2,350.00 | NA | NA | .00 | .00 |
| KEYBANK | Secured | 24,539.00 | 23,670.49 | 11,217.00 | 2,272.92 | .00 |
| KEYBANK | Unsecured | NA | 7,570.49 | 7,570.49 | .00 | .00 |
| KUBOTA CREDIT | Unsecured | 126,506.00 | NA | NA | .00 | .00 |
| KUBOTA CREDIT CORPORATION | Secured | 117,000.00 | 115,037.67 | 95,541.00 | 19,359.71 | .00 |
| KUBOTA CREDIT CORPORATION | Unsecured | NA | 33,165.49 | 33,165.49 | .00 | .00 |
| USDA COMMODITY CREDIT CORPORAT | Secured | NA | 10,978.09 | 7,357.80 | 1,490.93 | .00 |

# UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK
UTICA DIVISION

In re: TIMOTHY R DEMEREE                                                                                Case No.: 19-61566

Debtor(s)

## CHAPTER 12 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| WHITES FARM SUPPLY INC | Unsecured | 10,000.00 | 41,449.57 | 41,449.57 | .00 | .00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing: | .00 | .00 | .00 |
| Mortgage Arrearage: | .00 | .00 | .00 |
| Debt Secured by Vehicle: | .00 | .00 | .00 |
| All Other Secured: | 2,393,264.82 | 240,509.73 | .00 |
| **TOTAL SECURED:** | 2,393,264.82 | 240,509.73 | .00 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage: | .00 | .00 | .00 |
| Domestic Support Ongoing: | .00 | .00 | .00 |
| All Other Priority: | .00 | .00 | .00 |
| **TOTAL PRIORITY:** | .00 | .00 | .00 |
| **GENERAL UNSECURED PAYMENTS:** | 445,853.74 | .00 | .00 |

**Disbursements:**

| | | |
|---|---|---|
| Expenses of Administration: | | $31,742.63 |
| Disbursements to Creditors: | | $240,509.73 |
| **TOTAL DISBURSEMENTS:** | | $272,252.36 |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Date:  08/06/2022                             By:  /s/Mark W. Swimelar
                                                                Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. Section 1320.4(a)(2) applies.